# United States Court of Appeals
## For the First Circuit

No.01-2469


JESÚS MANUEL CALDERÓN-ORTIZ; ALFREDO CALDERÓN;
MARIA ISABEL ORTÍZ,

Plaintiffs, Appellants,

v.

ZOE LABOY-ALVARADO; JOHNNY HEREDIA-CALOCA; HÉCTOR FONTANÉZ,
Captain; GLADYS RIVERA; LUIS APONTE; CARLOS RODRÍGUEZ-DELGADO;
AMAURY PÉREZ; WILSON MORALES; LEOCADIO HERNÁNDEZ; GRETCHEN GROE,
OOCV2100; GEORGE GOE, OOCV2100, Lieutenant and Supervisor at the
Baymón Regional Metropolitan Detention Center, JAMES JOE,
00CV2100; RICHARD ROSADO; KIRK KOE, OOCV2100; NÉSTOR NOE,
00CV2100; PETER POE, 00CV2100; TIMOTHY TOE, 00CV2100; MARCOS MOE,
00CV2100; SAMUEL SOE, 00CV2100; LYLE LOE, 00CV2100,

Defendants, Appellees.


ERRATA SHEET


The opinion of this Court issued on, August 20 2002, is
amended as follows:


Page 2, Line 8:     Delete **"REVERSE"** and replace it with **"VACATE
                    AND REMAND."**